IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMERCIAL RESINS COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADAMS INDUSTRIES, INC.; ADAMS WAREHOUSING, LLC; ADAMS LOGISTICS, LLC; ADAMS & SONS TRUCKING, INC.; ADAMS TRUCKING, INC.; DONALD AND REBECCA ADAMS TRUST; SIDNEY WAREHOUSING, LLC; DONALD ADAMS; RONALD CARLSON, JR.; and CHRISTINE CARLSON; <br><br> Defendants. | 8:22CV27 <br><br> **ORDER TO SHOW CAUSE** |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiff filed the Complaint on January 21, 2022. (Filing No. 1). More than 90 days has elapsed since the Complaint was filed. To date, Plaintiff has not filed any return of service or signed waiver indicating service on the defendants, Ronald Carlson, Jr. and Christine Carlson ("the Carlsons"); the Carlsons have not entered a voluntary appearance or otherwise appeared; and Plaintiff has not requested an extension of time to complete service upon the Carlsons. Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **May 31, 2022,** to show cause why the defendants, Ronald Carlson Jr. and Christine Carlson, should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or take other appropriate action. The failure to timely comply with this order may result in dismissal of Ronald Carlson Jr. and Christine Carlson from this action without further notice.

Dated this 13th day of May, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge