IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMERCIAL RESINS COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADAMS INDUSTRIES, INC., ADAMS WAREHOUSING, LLC, ADAMS LOGISTICS, LLC, ADAMS & SONS TRUCKING, INC., ADAMS TRUCKING, INC., DONALD AND REBECCA ADAMS TRUST, SIDNEY WAREHOUSING, LLC, DONALD ADAMS, RONALD CARLSON JR., CHRISTINE CARLSON, and ADAMS & SONS TRUCKING, <br><br> Defendants. | **8:22CV27** <br><br> **ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulation of Dismissal (Filing No. 81). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that defendants Adams Industries, Inc., Adams Warehousing, LLC, Adams Logistics, LLC, Adams & Sons Trucking, Adams Trucking, Inc., Donald and Rebecca Adams Trust, Sidney Warehousing, LLC, and Donald Adams are dismissed without prejudice. Additional defendants remain parties in this action.

Dated this 23rd day of June, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge