IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMERCIAL RESINS COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADAMS INDUSTRIES, INC., ADAMS WAREHOUSING, LLC, ADAMS LOGISTICS, LLC, ADAMS & SONS TRUCKING, INC., ADAMS TRUCKING, INC., DONALD AND REBECCA ADAMS TRUST, SIDNEY WAREHOUSING, LLC, DONALD ADAMS, RONALD CARLSON JR., CHRISTINE CARLSON, and ADAMS & SONS TRUCKING, <br><br> Defendants. | 8:22CV27 <br><br> ORDER OF DISMISSAL |

A prior order, on the parties' stipulation, dismissed this case in part and without prejudice. Filing Nos. 81, 82. Plaintiff now moves to dismiss the case in its entirety with prejudice. Filing No. 83. This case is dismissed with prejudice.

IT IS SO ORDERED.

Dated this 26th day of July, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge