IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMERCIAL RESINS COMPANY, INC.,<br>　　　　　Plaintiff,<br>　v.<br><br>ADAMS INDUSTRIES, INC, ADAMS WAREHOUSING, LLC, ADAMS LOGISTICS, LLC, ADAMS & SONS TRUCKING, ADAMS TRUCKING, INC. DONALD AND REBECCA ADAMS TRUST, SIDNEY WAREHOUSING, LLC, DONALD ADAMS, RONALD CARLSON, JR. AND CHRISTINE CARLSON,<br>　　　　　Defendants. | Case No. 8:22-cv-00027<br><br>**ORDER NUNC PRO TUNC** |

Pursuant to Plaintiff's Motion for Order Nunc Pro Tunc filed on August 11, 2023 (Filing No. 85), and for good cause,

IT IS ORDERED:

1. The Court's order entered on July 26, 2023 (Filing No. 84) should be, and is hereby vacated.

2. This matter is hereby dismissed with prejudice against the following Defendants only: Adams Industries, Inc, Adams Warehousing, LLC, Adams Logistics, LLC, Adams & Sons Trucking, Adams Trucking, Inc., Donald and Rebecca Adams Trust, Sidney Warehousing, LLC and Donald Adams.

3. This case should be reinstated against the remaining Defendants, namely, Ronald Carlson, Jr. and Christine Carlson.

4. The Court directs the Clerk to reinstate this case against Defendants Ronald Carlson, Jr. and Christine Carlson only.

Dated this 15th day of August 2023.

　　　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge

1